IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**WILLIAM GARRY SNOWDEN, #65201**                                **PLAINTIFF**

**VERSUS**                                **CIVIL ACTION NO. 3:06-cv-677-TSL-JCS**

**PHILIP WEINBERG and HINDS COUNTY**
**DISTRICT ATTORNEY'S OFFICE**                                   **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

SO ORDERED AND ADJUDGED, this the  23rd   day of April, 2007.


                                          /s/Tom S. Lee
                                   UNITED STATES DISTRICT JUDGE